IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GOFF GROUP, INC.,              )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:02cv954-MHT
                               )          (WO)
GREENWICH INSURANCE            )
COMPANY, et al.,               )
                               )
    Defendants.                )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 67), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of June, 2007.

            /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE